170 A.3d 951

IN THE MATTER OF THE CIVIL COMMITMENT
OF A.M., SVP–702–14. (A.M.–PETITIONER)

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001371–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 951

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DANA T. TOKLEY, DEFENDANT–PETITIONER.

September 28, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004482–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.